## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION – DETROIT

IN RE:

          Jeanetta F.  Ruckes,

              Debtor.

_____/

Chapter 7
   Case No: 18-57146
Hon. Maria Oxholm

## DEBTOR'S EX-PARTE MOTION TO EXTEND DEADLINE TO ALLOW TIME TO FILE THE REQUIRED SCHEDULES

Now comes, Jeanetta Ruckes, by and through her attorney,  Shaunay Steel, and requests that the time to file required schedules to the be extended  pursuant to Fed. R. Bankr. Proc. 9006(b)(1) and  L.B.R. 9006-1(b) by eight (7) days and in support thereof states as follows:

1. Debtor filed for relief under Chapter 7 of the Bankruptcy Code on December 26, 2018.

2. Debtor schedules were due on January 9, 2019.

3. Debtor needs some additional time to secure some of her financial documents.

4. Debtor will be able to obtain that information by January 15, 2019 which will allow remaining schedules to be filed.

WHEREFORE, based on the foregoing this Honorable Court extend the time for Debtor to file remaining schedules to the end of the 16th day after the Court renders its decision on this motion to extend time.

Respectfully submitted,
SHAUNAY STEEL ATTORNEY
AT LAW

/s/ Shaunay Steel
Shaunay Steel
Attorney for Debtor
26500 Woodward Ave Suite 100
Royal Oak, Michigan 48067
ssteellaw@gmail.com

DATED: January 9, 2019

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION – DETROIT

IN RE:

                                       Chapter 7

Jeanetta F. Ruckes                             Case No: 18-57146

                                      Hon. Maria Oxholm

           Debtor.

_____/


PROPOSED ORDER FOR DEBTOR'S EX-PARTE MOTION TO EXTEND DEADLINE
TO ALLOW TIME TO FILE THE REQUIRED SCHEDULES AND STATEMENTS

This matter having come before the court upon the motion of Debtor's attorney to extend deadline to file statements and required schedules in Chapter 7 Case and the Court being otherwise fully advised of the premises;

IT IS ORDERED that Motion be Granted and to Extend Deadline to Allow Time to File the Required Schedules and Statements .




Date :_____      Judge:_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN RE:               Chapter 7
Jeanetta F. Ruckes         Case No: 18-57146
               Hon. Maria Oxholm

     Debtor.

_____/

**NOTICE OF MOTION**

Ali Omayan, by and through her attorney, filed papers with the court to obtain an exparte motion to extend the required deadline to file the remaining schedules and statements.

  Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case. (If you do not have an attorney, you may wish to consult one.)


  If you do not want the Court to grant the relief requested, or if you want the Court to consider your views in this motion, within (3) days after service, you or your attorney must file and serve a response which complies with F.R.Civ. P. 8 (b) (c) and €  and that if such a response is not timely filed and served, the Court may grant the motion without a hearing in a form consistent with the form notice available to the clerk:

1.  File with the Court a written response or an answer, explaining your position at:


**U.S. Bankruptcy Court Eastern District of Michigan**
**211 West Fort Street**
**Detroit, Michigan 48226**

If you mail your response with the Court for filing you must mail it early enough so the Court will receive it on or before the date stated above,

You must also mail a copy to:


Shaunay Steel
26500 Woodward Ave Suite 100
Royal Oak, MI 48067

Trustee Homer McClarty
19785 West Twelve Mile Road, #331
Southfield, Michigan 48076

Marion Mack
17515 W. 9th Road
Suite# 420
Southfield, MI 48075

2.      If a response or an answer is timely filed and served, the clerk will schedule a
hearing on the motion and you will be served with a notice of the date, time, and
location of the hearing:


If you or your attorney do not take these steps the Court may decide that you do not
oppose the relief sought in the motion or objection, and may enter an order granting
the relief.




Shaunay Steel Attorney At Law

Date: January 9,  20189                    By: /s/ Shaunay Steel
                                           Shaunay Steel (ARDC 6305227)
                                           26500 Woodward Ave Suite 100
                                           Royal Oak, MI 48230
                                           (313) 977-8999
                                           ssteellaw@gmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT


IN RE:                                                    Chapter 7

     Jeanetta F. Ruckes,                              Case No: 18-57146

                                           Hon. Maria Oxholm

              Debtor.

_____/

## CERTIFICATE OF SERVICE


I Shaunay Steel, certify and state that on January 9, 2019, I served the following copies electronically and or via certified mail:

Trustee Homer McClarty
Att: Mr. Homer W. McClarty, Esq.
19785 West Twelve Mile Road, #331
Southfield, Michigan 48076

American Express
PO Box 981537
El Paso, TX 79998

Barclay Bank Delaware
PO Box 8803
Wilmington, DE 19899

Capitol One
PO Box 5253
Carol Stream, IL 60197

Capitol One Bank
PO Box 30285
Salt Lake, UT 84137

Capitol One Bank
PO Box 30285
Salt Lake, UT 84137

Capiton One Auto Finance
CB Disputes Temp O Box 259407
Plano, TX 75025

Citi
POB 6241
Sioux Falls, SD 57117

Credit One Bank
PO Box 98873
Las Vegas, NV 89193

Federal Loan Servicing Credit
PO Box 60610
Harrisburg, PA 17106

LJ Ross Associates
4 Universal Way
Jackson, MI 49202

LoanCare Inc
3637 Sentara Suite 303
Virginia Beach, VA 23452-2000

Nelnet Loan Services
3015 S. Parker Ste 425
Aurora, CO 80014

Nissan Motor
POB 660366
Dallas, TX 75266

Syncb/Amazon
PO BOX 965015
Orlando, FL 32898

SYNCB/Value City Furniture
PO Box 965036
Orlando, FL 32896

Synchrony Bank Lowes
PO Box 965005
Orlando, FL 32896
WFHM
PO Box 10335
Des Moines, IA 50306

/s/Shaunay Steel
Shaunay Steel